## Kucan Unemployment Compensation Case.

Argued April 13, 1965. *George H. Hoffman,* with him *Gatz, Cohen, O'Brien and Maurizi,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## McClean Unemployment Compensation Case.

Argued April 14, 1965. *Shirley E. McClean,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decisions affirmed.

FLOOD, J., absent.